UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE M. LEONARD, | |
| Plaintiff, | 23-CV-8562 (LTS) |
| -against- | ORDER DIRECTING ORIGINAL SIGNATURE |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. Plaintiff submitted the complaint without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

Plaintiff is directed to resubmit the signature page of the complaint with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 23, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

tt. Upon information and belief, **TOM CRUISE** and **BARAK OBAMA** should <u>NOT</u> be given **diplomatic immunity**, and if such a privilege exist it should be **REVOKED IMMEDIATELY**.

uu. Upon information and belief, all person's caught committing **ESPIONAGE** by editing this document and or complaint should be prosecuted to the fullest extent of the law by the federal government for violating my right to privacy, civil rights, and the constitution of the United States.

vv. Upon information and belief, all persons who performed actual **EAVESDROPPING, ESPIONAGE RAPE, SODOMY, ORAL PENAL PENETRATION, KIDNAPPING**, and other crimes against me should be fully prosecuted by the federal government.

ww. Upon information and belief, all persons in possession of the disk with **child abuse** and **child pornography**, and **creative work video's**, distributed on the Congress floor, in possession of dog chip monitor device (for barking), heart defibrillator device should turn it in to the Congress woman Elizabeth _____, as soon as possible.

xx. Upon information and belief, the United States government and or its contractors, computer contractors should release to me <u>all</u> creative work videos on disk no later than September 21, 2023.

yy. Upon information and belief, the **ELECTRONIC MICE** put in my home shall be **removed** and <u>never</u> again used to harassment me *no later than September 21, 2023, by 12 am*.

**It should be noted that I <u>DO NOT</u> have legal counsel or legal representation in this matter.**

Laverne M. Leonard                                                                                         September 19, 2023
Appellant
130 West 131st Street, Apt 1
New York, New York 10027

TO: All Defendants Via efile

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
LAVERNE M. LEONARD V. UNITED STATES OF AMERICA ET. AL,