UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVERNE M. LEONARD,

               Plaintiff,

-against-

UNITED STATES OF AMERICA, *et al.*,

               Defendants.

23-CV-8562 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 23, 2023, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   December 19, 2023
           New York, New York

                                        /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                  Chief United States District Judge