UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE M. LEONARD,<br><br>                    Plaintiff,<br><br>          -against-<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | 23-CV-8562 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 19, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 19, 2023
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                    Chief United States District Judge